IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA STAMM and VANESSA HUMARAN, | ) ) ) | 4:17CV3146 |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| COUNTY OF CHEYENNE, NEBRASKA, acting through the Cheyenne County Sheriff's Department, JOHN JENSON, acting in his individual and official capacities, CITY OF SCOTTSBLUFF, NEBRASKA, acting through the City of Scottsbluff Police Department, KEVIN SPENCER, acting in his individual and official capacities, COUNTY OF SCOTTS BLUFF, NEBRASKA, acting through the Scotts Bluff County Sheriff's Department, and MARK OVERMAN, in his individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiffs' unopposed motion for extension of time (Filing No. 8) is granted. Plaintiffs shall have until December 7, 2017, to respond to Defendants' motions to dismiss (Filing Nos. 4 and 6).

DATED this 21st day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge