IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LISA STAMM, and VANESSA HUMARAN, | ) ) ) | 4:17CV3146 |
|---|---|---|
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| COUNTY OF CHEYENNE, NEBRASKA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Filing No. 4, the Motion to Dismiss filed by Defendants City of Scottsbluff, Nebraska, and Kevin Spencer, is denied without prejudice to reassertion.

2. Filing No. 6, the Motion to Dismiss filed by Defendants County of Cheyenne, Nebraska, County of Scotts Bluff, Nebraska, John Jenson, and Mark Overman, is denied without prejudice to reassertion.

3. Filing No. 10, the Motion to Amend filed by Plaintiffs, is denied without prejudice, as moot.

4. Filing No. 17, the Amended Motion to Amend filed by Plaintiffs, is granted, as follows:

    a. Plaintiffs are granted leave to file a First Amended Complaint that conforms to Exhibit 1 (Filing No. 17-1), but with the following corrections:

      i.      In paragraph 46, "Cheyenne County" shall be substituted for "Scottsbluff County"; and

      ii.     Throughout the First Amended Complaint, the spelling of the "County of Scottsbluff" shall be corrected to "County of Scotts Bluff."

b.    Plaintiffs shall file the First Amended Complaint within 7 days of today's date.

c.    Defendants shall have 14 days after service of the First Amended Complaint to file their responses.

DATED this 5th day of February, 2018.

                       BY THE COURT:

                       s/ *Richard G. Kopf*
                       Senior United States District Judge